UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. KELLEY, JR., | No. 2:17-cv-0111 AC P |
| Petitioner, | |
| v. | ORDER |
| CDCR CSP/SAC, et al., | |
| Respondents. | |

By order filed June 22, 2017, petitioner's habeas application was dismissed and he was given thirty days to file an amended application. ECF No. 20. He was also ordered to submit an application in support of his request to proceed in forma pauperis or pay the filing fee. Id. Thirty days have now passed and petitioner has not filed an amended petition, filed an application to proceed in forma pauperis or paid the filing fee, or otherwise responded to the order. Petitioner shall be given one more chance to comply with the court's June 22, 2017 order. Failure to do so will result in this case being dismissed without further warning.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file an amended petition for writ of habeas corpus within twenty-one days of service of this order. Any amended petition must bear the case number assigned to this action and the title "Amended Petition."

2. Within twenty-one days of service of this order, petitioner must submit an application

1

in support of his request to proceed in forma pauperis or the appropriate filing fee.

3. Failure to comply with this order will result in the case being dismissed without further warning.

DATED: August 8, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE